**AFFIRMED and Opinion Filed January 20, 2023**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00131-CR**

**TYLON LADARRYL GREER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32082**

## MEMORANDUM OPINION

Before Justices Carlyle, Garcia, and Miskel
Opinion by Justice Carlyle

Tylon Ladarryl Greer appeals the revocation of his community supervision and adjudication of guilt for the offense of possession of methamphetamine in the amount of more than one gram but less than four grams.

Mr. Greer's counsel has filed a motion to withdraw, supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no

arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812–13 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel certifies he provided Mr. Greer with a copy of the brief and the motion to withdraw. We advised Mr. Greer by letter of his right to file a pro se response, but he has not done so. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (explaining right to file pro se response to *Anders* brief filed by counsel).[1]

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit, and we find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment and grant counsel's motion to withdraw.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

Do Not Publish
Tex. R. App. P. 47.2(b)
220131F.U05

---

[1] Though counsel's brief complies with *Anders*, the record is unclear as to whether counsel complied with the requirements imposed by *Kelly*. Regardless, this Court's letter properly informed Mr. Greer of his rights, including his right to file a petition for discretionary review, *see* TEX. R. APP. P. 68, and thus addressed any deficiencies in counsel's correspondence. Under these circumstances, any failure by counsel to comply with *Kelly*'s requirements is harmless.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TYLON LADARRYL GREER,
Appellant

No. 05-22-00131-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th Judicial
District Court, Hunt County, Texas
Trial Court Cause No. 32082.
Opinion delivered by Justice Carlyle.
Justices Garcia and Miskel
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered January 20, 2023